IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANUWAVE LLC | § § § | |
| Plaintiff, | § § | C.A. NO.: 17-1082-GMS |
| v. | § § § | |
| TCF Financial Corporation | § § | |
| Defendant. | § | |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Anuwave LLC and Defendant TCF Financial Corporation, pursuant to Fed. R. Civ. P. 41(a), hereby move for an order dismissing all claims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: February 12, 2018

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Stamatios Stamoulis | /s/ James L. Higgins |
| Stamatios Stamoulis (#4606) | James L. Higgins (No. 5021) |
| stamoulis@swdelaw.com | 1000 N. King Street |
| Richard C. Weinblatt (#5080) | Wilmington, Delaware 19806 |
| weinblatt@swdelaw.com | Telephone: (302) 571-6600 |
| Two Fox Point Centre | jhiggins@ycst.com |
| 6 Denny Road, Suite 307 | |
| Wilmington, Delaware 19809 | *Attorneys for Defendant TCF Financial Corporation* |
| Telephone: (302) 999-1540 | |
| *Attorneys for Plaintiff Anuwave, LLC* | |

IT IS SO ORDERED, this 16th day of Feb, 2018.

_____
United States District Judge

01:22862631.1